MICHAEL G. BOYD (MB-4904)
Attorney At Law
Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
(201) 894-9800
Attorney for Debtor

| | |
|---|---|
| In re:<br><br>Raymond D. Kalokitis,<br><br>　　　　　Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No. 09-11367<br><br>Hon. Morris Stern |

### CERTIFICATION OF SERVICE

Michael G. Boyd, an attorney duly admitted to practice law in the State of New Jersey and before this Court, does hereby certify that the attached Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee were duly served upon the following via United States mail, postage prepaid on March 12, 2010:

    Raymond Kalokitis
    10 Francis Street
    Totowa, NJ 07512

Dated: March 15, 2010                  MICHAEL G. BOYD
                                                          Attorney for Debtor

                                                                    By:/s/ Michael G. Boyd
                                                                    Michael G. Boyd (MB-4904)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re

Raymond D Kalokitis, Jr.                    Case No.:    __09-11367__

            Debtor(s).                     Judge:       __Stern__

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

> For time incurred in Chapter 13 cases prior to August 1, 2006, for which supplemental fees are sought, you must utilize the alternate version of Local Form 13 as has been designated for that purpose on the Court's web site: www.njb.uscourts.gov.

____Michael G. Boyd____, Esquire, hereby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

____    Prosecution of motion on behalf of debtor.                    $500.00

        Nature of motion:    _____

        Hearing date(s):     _____


✓       Defense of motion on behalf of debtor (Including filing         $400.00
        Objection to Creditor's or Trustee's Certification of Default).

        Nature of motion:    Motion to Vacate Stay

        Hearing date(s):     December 3, 2009

| | | |
|---|---|---|
| ____ | Additional court appearance(s). (Not to exceed three). | $100.00 |
| | Purpose: _____ | |
| | _____ | |
| | Hearing date(s): _____ | |
| | _____ | |
| ✓ | Filing and appearance on a modified Chapter 13 Plan. | $300.00 |
| ____ | Preparation of Wage Order | $100.00 |
| ____ | Preparation and filing of Amendments to Schedules D, E, F or List of Creditors | $100.00 |
| ____ | Preparation and filing of other amended schedules | $100.00 |
| ____ | Preparation and filing of Application for Retention of Professional | $200.00 |
| ____ | Preparation and filing of Notice of Sale or Settlement of Controversy | $100.00 |

## **NON-STANDARD FEES**

> Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

2