Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 6/30/2010**

**Chapter 13 Case # 09-11367**

Re:  RAYMOND KALOKITIS                     Atty:  MICHAEL G. BOYD, ESQ.
     ANDREA LORUSSO-KALOKITIS                     157 ENGLE STREET
     10 FRANCES STREET                            ENGLEWOOD, NJ  07631
     TOTOWA, NJ  07512

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $27,991.96**

## RECEIPTS AS OF 06/30/2010

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/13/2009 | $317.14 | 16850162070 | 03/04/2009 | $317.14 | 16850170934 |
| 04/03/2009 | $317.14 | 16857463746 | 05/12/2009 | $317.14 | 16881278490 |
| 06/17/2009 | $317.14 | 16881290447 | 07/21/2009 | $317.14 | 17233528770 |
| 09/24/2009 | $317.14 | 17233546263 | 10/21/2009 | $317.14 | 17239384530 |
| 12/01/2009 | $317.14 | 17239398333 | 01/05/2010 | $378.00 | 17593329712 |
| 01/28/2010 | $378.00 | 17593331207 | 03/15/2010 | $378.00 | 17593350840 |
| 04/09/2010 | $512.00 | 17593351942 | 05/25/2010 | $512.00 | 17593374587 |
| 06/23/2010 | $512.00 | 17680828691 | | | |

**Total Receipts: $5,524.26 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,524.26**

## LIST OF PAYMENTS TO CLAIMS AS OF 06/30/2010

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AURORA LOAN SERVICING | | | | | | |
| | 10/15/2009 | $224.00 | 595791 | 11/19/2009 | $285.43 | 597272 |
| | 12/17/2009 | $285.43 | 598975 | 01/21/2010 | $340.20 | 600510 |
| | 02/18/2010 | $340.20 | 602186 | 04/19/2010 | $340.20 | 605333 |
| | 06/17/2010 | $250.28 | 608901 | | | |
| Marie-Ann Greenberg | | | | | | |
| | 04/16/2009 | $63.43 | 586853 | 05/15/2009 | $31.71 | 588421 |
| | 06/18/2009 | $31.71 | 590029 | 07/17/2009 | $31.71 | 591680 |
| | 08/19/2009 | $31.71 | 593236 | 10/15/2009 | $31.71 | 596400 |
| | 11/19/2009 | $31.71 | 597987 | 12/17/2009 | $31.71 | 599627 |
| | 01/21/2010 | $37.80 | 601223 | 02/18/2010 | $37.80 | 602806 |
| | 04/19/2010 | $37.80 | 606068 | 05/20/2010 | $36.86 | 607862 |
| | 06/17/2010 | $36.86 | 609539 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

Chapter 13 Case # 09-11367

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 472.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,474.00 | 100.00% | 2,474.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AURORA LOAN SERVICING | MORTGAGE ARREA | 17,949.98 | 100.00% | 2,065.74 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 30,225.72 | * | 0.00 | |
| 0005 | ECAST SETTLEMENT CORP | UNSECURED | 6,758.91 | * | 0.00 | |
| 0006 | DCFS TRUST | UNSECURED | 9,271.68 | * | 0.00 | |
| 0007 | AURORA LOAN SERVICES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ROUNDUP FUNDING LLC | UNSECURED | 6,805.22 | * | 0.00 | |

**Total Paid:  $5,012.26**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 06, 2010.

Receipts: $5,524.26        -     Paid to Claims: $2,065.74        -     Admin Costs Paid: $2,946.52        =     Funds on Hand: $512.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.